**June 26, 2014**

| | | |
|---|---|---|
| CAAP–13–00 00868 | Association of Apartment Owners of Intern. Colony Club v. Deigert | Affirmed |

**June 27, 2014**

| | | |
|---|---|---|
| CAAP–11–00 00616 | Kuaimoku v. State, Dept. of Education-Kauai | Affirmed |
| CAAP–11–00 00646 | Woodfall v. Seitz | Affirmed and Remanded |

**June 30, 2014**

| | | |
|---|---|---|
| CAAP–12–00 01061 | BG Inc. v. P.F. Three Partners | Affirmed |
| CAAP–11–00 00713 | Blau v. AIG Hawaii Ins. Co. | Affirmed |
| 30156 | Certain Underwriters at Lloyd's London Subscribing to Policy No. LL001HI0300520 v. Vreeken | Reversed and Affirmed |
| CAAP–11–00 00547 | Federal Nat. Mortg. Ass'n v. Gacula | Affirmed |
| CAAP–11–00 01033 | Gardner v. Lichota | Vacated and Remanded |
| CAAP–11–00 01081, CAAP–13–00 00396, CAAP–13–00 01307 | GMAC Mortg., LLC v. Unciano | Vacated and Remanded |
| CAAP–11–00 01038 | Jou v. Rehabilitation Hosp. of Pacific | Affirmed |
| CAAP–11–00 00556 | Panoke v. Reef Development | Affirmed |
| CAAP–12–00 00918 | Pua v. Puna Certified Nursery, Inc. | Affirmed |
| CAAP–11–00 00132 | State v. Ahina | Reversed |
| CAAP–11–00 01075 | State v. Mano | Affirmed |
| CAAP–13–00 00381 | State v. Minami | Affirmed |